**Entered on Docket**
**May 21, 2009**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

_____

Jeremy T. Bergstrom, Esq.
Nevada Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
E-mail: jbergstrom@mileslegal.com
File No. 09-90454

Attorneys for Secured Creditor,
COUNTRYWIDE HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS, INC.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>EM THI NGUYEN,<br><br>              Debtor. | Case No.: BK-S-09-10468-MKN<br>Chapter 13<br><br>**ORDER TERMINATING THE AUTOMATIC STAY**<br><br>Date:  May 13, 2009<br>Time:  01:30 P.M. |

    The Motion for Relief having been properly served, with no opposition filed herein, the Court makes its Order as follows:

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy case is hereby terminated in favor of Secured Creditor, COUNTRYWIDE HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS,

1

1  INC., as it pertains to the following described property: 11218 Fiesole St, Las Vegas, NV 89141

2  ("Property" herein) and legally described as follows:

3      LOT 75 IN BLOCK 1 OF PARCECL 237 AT SOUTHERN HIGHLANDS AS
    SHOWN BY MAP THEREOF ON FILE IN BOOK 108 OF PLATS, PAGE 60
4      AND AMENDED BY CERTIFICATE OF AMENDMENT RECORDED IN
    BOOK 20030515 AS DOCUMENT NO. 01362 IN THE OFFICE OF THE
5      COUNTY RECORDER OF CLARK COUNTY, NEVADA.

6

7      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Secured Creditor's

8  Proof of Claim is hereby withdrawn.

9      IT IS SO ORDERED.

10 Submitted by:

11

12 DATED: May 13, 2009        By: /s/ Jeremy T. Bergstrom, Esq.
                                   Jeremy T. Bergstrom, Esq.
13                                    Attorney for Secured Creditor
                                   COUNTRYWIDE HOME LOANS SERVICING,
14                                    L.P. FKA COUNTRYWIDE HOME LOANS, INC.

15 APPROVED/DISAPPROVED

16
   DATED:_____
17                                    RICK A. YARNALL
                                   Chapter 13 Trustee
18
   (09-90454/nvots.dot/slw)
19

20

21

22

23

24

1 | **ALTERNATIVE METHOD re: RULE 9021:**

2 | In accordance with Local Rule 9021, the undersigned certifies:

3 | ____ The court waived the requirements of approval under LR 9021.

4 | _X_ No parties appeared or filed written objections.

5 | _X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing May 13, 2009, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below.

|  | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| CHAPTER 13 TRUSTEE:<br>Rick A. Yarnall<br>701 Bridger Ave. #820<br>Las Vegas, NV 89101 |  |  |  |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Stacey L. Werner
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

###

3